# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                      NO. 4:08CR00063-02 JLH

AMANDA TATUM                                                                  DEFENDANT

## ORDER

The government has filed a motion to dismiss without prejudice as to Amanda Tatum. The motion is GRANTED without objection. Docket #94. The indictment is hereby dismissed without prejudice as to Amanda Tatum.

IT IS SO ORDERED this 1st day of October, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE